DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLIVA SANCHEZ,**
Appellant,

v.

**MICHAEL E. O'CONNOR, ESQUIRE,** Individually; **MORGAN CARRAT**
and **O'CONNOR, P.A.,** a Florida Professional Association,
Appellees.

No. 4D19-3222

[February 10, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 17-18160 CACE (12).

Barry S. Franklin and Olivia Retenauer of Barry S. Franklin & Associates, P.A., Aventura, for appellant.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. See Silvestrone v. Edell*, 721 So. 2d 1173 (Fla. 1998).

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***